IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 28 AM 6:55

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN DOUGHERTY,

      Plaintiffs,

VS.                                        NO. 04-2088-MaV

FAULKNER'S AUTO BODY CENTER,
INC. and GARY FAULKNER,

      Defendants.

---

### CONSENT ORDER OF DISMISSAL WITH PREJUDICE

---

IT APPEARING to the Court from statement of counsel and the record as a whole that the issues herein are resolved and the matter should be dismissed with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED by the Court that this matter be and it is hereby ordered dismissed with prejudice and that the non-discretionary costs of the cause are assessed against the Defendants for which execution may issue if necessary.

                                              _____
                                              JUDGE SAMUEL H. MAYS JR.
                                      DATE: July 27, 2005

APPROVED FOR ENTRY:

_Gregory H. Oakley_
GREGORY H. OAKLEY   (#16237)
Counsel for Plaintiff
One Burton Hills Boulevard, Suite 330
Nashville, Tennessee 37215
(615) 320-7206

25608

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on ___7-29-05___



_____
ROBERT L. GREEN (#7849)
Counsel for Defendants
80 Monroe Avenue, Suite 650
Memphis, Tennessee 38103
(901) 763-4200

25608

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 36 in case 2:04-CV-02088 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Daniel W. Small
SMALL SOPER OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Honorable Samuel Mays
US DISTRICT COURT