UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 19 AM 6: 51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

JOHN DOUGHERTY,

    Plaintiff,

v.                                              Cv. No. 04-2088-Ma

FAULKNER'S AUTO BODY CENTER, INC.
and GARY FAULKNER,

    Defendants.

# JUDGMENT

    Decision by Court. This action came for consideration before the Court. The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in accordance with the Consent Order of Dismissal With Prejudice, docketed July 29, 2005. Non-discretionary costs are assessed against defendants.

APPROVED: _____

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

August 18, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

This Judgment entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-24-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02088 was distributed by fax, mail, or direct printing on August 24, 2005 to the parties listed.

---

Robert L. Green
NEELY GREEN FARGARSON BROOKE & SUMMERS
65 Union Ave.
Ste. 900
Memphis, TN 38103--054

Daniel W. Small
SMALL SOPER OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Greg Oakley
SMALL SOPER & OAKLEY
One Burton Hills Blvd.
Ste. 330
Nashville, TN 37215

Honorable Samuel Mays
US DISTRICT COURT